AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

MICHAEL GOLDSTEIN
1 CATLIN AVENUE
EAST PROVIDENCE, RI

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m-1091-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  August 6, 2005  in  Norfolk  county, in the _____ District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person

in violation of Title  18  United States Code, Section(s)  2423(b) .

I further state that I am a(n)  Special Agent, FBI  and that this complaint is based on the following
                                     Official Title
facts:

See attached Affidavit of FBI Special Agent David George

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

08-08-2005                                             at        Boston, Massachusetts
Date                                                                        City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE                    Judith Gail Dein
Name & Title of Judicial Officer                                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.